

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2015

No. 04-14-00707-CV

Melissa **BROQUET** and John Broquet,
Appellants

v.

**WALTER MORTGAGE COMPANY**,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-60-A
Judge Robert Blackmon, Judge Presiding

## O R D E R

     Appellant filed his brief on February 6, 2016. The brief violates Rule 38 of the Texas Rules of Appellate Procedure because the Statement of Facts and Argument Sections do not contain appropriate citations to the record. *See* TEX. R. APP. P. 38.1(g),(i). It is therefore ORDERED that the brief is STRICKEN. *See* TEX. R. APP. P. 38.9(a). Appellant is ORDERED to file an amended brief on or before March 2, 2015. If an amended brief is not timely filed, we will dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

_____
Jason Pulliam, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court